# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALDA C. MONTUORI,<br>        Plaintiff,<br><br>    v.<br><br>NCO FINANCIAL SYSTEMS, INC.,<br>        Defendant | Case No.: 2:11-cv-4160-CDJ |

### STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41.1(b), counsel for all parties hereto stipulate to the dismissal with prejudice without cost to either party.

| | |
|---|---|
| /S/ Ross S. Enders | /S/ Craig Thor Kimmel |
| Ross S. Enders, Esquire | Craig Thor Kimmel, Esquire |
| Attorney ID: 89840 | Attorney ID: 57100 |
| Attorney for Defendant | Attorney for the Plaintiff |
| | |
| Date: October 24, 2011 | Date: October 24, 2011 |

BY THE COURT:

_____
                                                           J.